105 A.3d 623

IN THE MATTER OF EDWARD P. BUSICHIO, AN ATTORNEY AT LAW (ATTORNEY NO. 011801976).

January 13, 2015.

**ORDER**

This matter having been opened to the Court by the Director of the Office of Attorney Ethics and with the consent of **EDWARD P. BUSICHIO,** who was admitted to the bar of this State in 1976, to be transferred to disability inactive status pursuant to *Rule* 1:20–12;

And the Office of Attorney Ethics and respondent having agreed that respondent lacks the capacity to practice law;

And good cause appearing;

It is ORDERED that **EDWARD P. BUSICHIO** is hereby transferred to disability inactive status, effective immediately; and it is further

ORDERED that **EDWARD P. BUSICHIO** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **EDWARD P. BUSICHIO** pursuant to *Rule* 1:21–6 be re-

strained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **EDWARD P. BUSICHIO** comply will *Rule* 1:20–20 governing incapacitated attorneys.